**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RAFAEL DIAZ, a/k/a Ronald Grant,          )
                                          )
                    Petitioner,           )
                                          )          Civil Action No. 06-257 Erie
        v.                                )
                                          )
COMMONWEALTH OF PENNSYLVANIA,             )
                                          )
                    Respondent.           )

## <u>MEMORANDUM ORDER</u>

This habeas corpus action was received by the Clerk of Court on November 2, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 10], filed on January 4, 2007, recommended that Petitioner's Petition be dismissed as moot and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After <u>de novo</u> review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 12th day of February, 2007;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED as moot and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 10] of Magistrate Judge Baxter, filed on January 4, 2007, is adopted as the opinion of the Court.

                              s/   Sean J. McLaughlin
                                   United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge